# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **2:23-cv-06384-SB (DTB)**　　　　　　　　　　Date: **January 17, 2025**

Title: **Dijon Bernard v. Los Angeles Metropolitan Transportation Authority**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　　　ATTORNEYS PRESENT FOR DEFENDANT(S):
　　　None present　　　　　　　　　　　　　　　　　　None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S THIRD AMENDED COMPLAINT [DOCKET NO. 37]**

　　　On December 2, 2024, the Court issued its Order Granting Motion to Dismiss Second Amended Complaint With Leave to Amend ("Order"). (Docket No. 37). In its Order, the Court granted Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint with leave to amend, allowing Plaintiff to file a Third Amended Complaint on or before January 2, 2025. As of this date, Plaintiff has not filed a Third Amended Complaint. Accordingly, Plaintiff is ordered to show cause, in writing, no later than **February 7, 2025**, why this action should not be dismissed, without prejudice, for failure to prosecute.

　　　This Order to Show Cause will be discharged upon the filing of a Third Amended Complaint. If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

　　　Plaintiff is warned that a failure to timely respond to this Order to Show Cause will result in a recommendation that this action be dismissed, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

　　　**IT IS SO ORDERED**.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　RAM
CIVIL-GEN