UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIJON BERNARD,<br><br>   Plaintiff,<br><br>  v.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY,<br><br>   Defendant. | Case No. 2:23-cv-06384-SB-DTB<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

  Plaintiff has asserted numerous objections that are largely conclusory and fail to demonstrate any material error. To the extent that he attempts to recast his claims or present new theories (e.g., Dkt. No. 55 at 3–4 (alleging new facts concerning Defendant's knowledge of Plaintiff's religious beliefs)), this is

improper. *See Greenhow v. Secretary of HHS*, 863 F.2d 633, 638 (9th Cir. 1988) ("[A]llowing parties to litigate fully their case before the magistrate and, if unsuccessful, to change their strategy and present a different theory to the district court would frustrate the purpose of the Magistrates Act. We do not believe that the Magistrates Act was intended to give litigants an opportunity to run one version of their case past the magistrate, then another past the district court."). Nor do any of these new allegations or theories suggest that further amendment would cure the deficiencies.

      IT THEREFORE IS ORDERED that Judgment be entered granting Defendant's motion for judgment on the pleadings and dismissing without leave to amend all claims alleged in the Third Amended Complaint against Defendant and dismissing this action with prejudice.

Dated: November 10, 2025

                                            STANLEY BLUMENFELD, JR.
                                            United States District Judge