JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DIJON BERNARD,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY,<br><br>    Defendant. | Case No. 2:23-cv-06384-SB-DTB<br><br>FINAL JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: November 10, 2025

_____
STANLEY BLUMENFELD, JR.
United States District Judge

1